David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480 Fax. (212)732-7352

**MEMO ENDORSED**

-------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

         Plaintiff,

  - against -

MARTINAIR; MARTINAIR HOLLAND NV;
MARTIN AIR HOLLAND; MARTINAIR CARGO;
ASSOCIATED TRANSPORTS;
ASSOCIATED TRANSPORTS S.A.; LAND AIR
EXPRESS INC.;

         Defendants.
-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/11

11 Civ. 6417 (RJS)

**STIPULATION & ORDER
OF DISCONTINUANCE**

    A settlement agreement having been reached, it is hereby stipulated and agreed that this action, including all cross-claims and claims for indemnity, is discontinued pursuant to Rule 41 (a) (1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with each party to pay its own costs and attorney fees;

    It is further stipulated and agreed that, if the settlement funds are not paid within forty-five (45) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel' and

    It is further stipulated and agreed that upon delivery by defendants of the settlement funds this dismissal order will be deemed to have with-prejudice effect.

Dated: New York, New York
       November 18, 2011

So Ordered:

_____
United States District Judge

[signatures of counsel on p. 2]

Stipulation of Discontinuance
11 Civ. 6417(RJS)
Page 2

Law Office
David L. Mazaroli

By: /s/ David L. Mazaroli
David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007
Tel. (212)267-8480
Fax: (212)732-7352
E-mail: dlm@mazarolilaw.com

Condon & Forsyth LLP
Attorneys for Defendants
MARTINAIR
MARTINAIR HOLLAND NV
MARTIN AIR HOLLAND
MARTINAIR CARGO

By: /s/ Bartholomew J. Banino
Bartholomew J. Banino
7 Times Square
New York, New York 10036
Tel (212)894-6827


Dombroff Gilmore Jaques & French, Pc
Attorneys for Defendant
LAND AIR EXPRESS, INC.

By: /s/ Karen M. Berberich
Karen M. Berberich
40 Broad Street, Suite 601
New York, New York 10004
Office:  212-742-8450
Fax: 212-742-0161
E-mail:     kberberich@dglitigators.com